163 So. 657

### W. F. MATNEY v. STATE.

#### 8 Div. 685.

Supreme Court of Alabama.
Oct. 17, 1935.

Bradshaw & Barnett, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of W. F., alias Slim, Matney for certiorari to the Court of Appeals to review

and revise the judgment and decision of that Court in Matney v. State, 26 Ala. App. 527, 163 So. 656.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.